JS-6

J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:  (818) 500-3200
Facsimile:   (818) 500-3201

Attorneys for Plaintiff
Warner Bros. Home Entertainment Inc.

Daniel Dias, an individual and
d/b/a as Amazon.com Seller 3D-EX
*dd96e@aol.com*
46 N. 22nd St.
Kenilworth, NJ 07033
Telephone:  (909) 296-0811

Defendant, *in pro se*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Warner Bros. Home Entertainment Inc., | Case No. CV12-6517 CAS (VBKx) |
| Plaintiff, | [~~PROPOSED~~] CONSENT DECREE AND PERMANENT INJUNCTION |
| v. | |
| Daniel Dias, an individual and d/b/a as Amazon.com Seller 3D-EX and Does 1-10, inclusive, | |
| Defendants. | |

The Court, having read and considered the Joint Stipulation for Entry of Consent Decree and Permanent Injunction that has been executed by Plaintiff Warner Bros. Home Entertainment Inc. ("Plaintiff") and Defendant Daniel Dias, an individual and d/b/a as Amazon.com Seller 3D-EX ("Defendant"), in this action, and good cause appearing therefore, hereby:

ORDERS that based on the Parties' stipulation and only as to Defendant, his successors, heirs, and assignees, this Injunction shall be and is hereby entered in the

within action as follows:

1)      This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq.*, and 28 U.S.C. §§ 1331 and 1338. Service of process was properly made against Defendant.

2)      Plaintiff owns or controls the copyright or pertinent exclusive right to distribute or license the distribution of home video and digital products, including video home cassettes (VHS) as well as optical discs, including, but not limited to, digital versatile discs (DVDs) and Blu-ray discs (collectively "Media Products") incorporating the motion picture or television titles subject to the copyright registrations listed in Exhibit "A" attached hereto and incorporated herein by this reference (collectively referred to herein as "Plaintiff's Works").

3)      Plaintiff has alleged that Defendant has made unauthorized uses of Plaintiff's Works or substantially similar likenesses or colorable imitations thereof.

4)      Defendant and his agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with him who receive actual notice of the Injunction are hereby restrained and permanently enjoined from infringing – directly, contributorily or vicariously – or enabling, facilitating, permitting, assisting, soliciting, encouraging, inducing, authorizing, aiding or abetting, materially contributing to, or persuading anyone to infringe in any manner Plaintiff's Works, including, but not limited to, the following:

        a)      Copying, reproducing, downloading, distributing, uploading, linking to, transmitting, or publicly performing, or using trademarks, trade names or logos in connection with unauthorized Media Products containing any of Plaintiff's Works;

        b)      Enabling, facilitating, permitting, assisting, soliciting, encouraging, abetting, or inducing any person or entity to copy, reproduce, download,

distribute, upload, link to, transmit, or publicly perform any of Plaintiff's Works; or

c) Profiting from the unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works while declining to exercise a right to stop or limit such unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works.

5) Each side shall bear its own fees and costs of suit.

6) Except as provided herein, all claims alleged in the Complaint against Defendant is dismissed with prejudice.

7) This Injunction shall be deemed to have been served upon Defendant at the time of its execution by the Court.

8) The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendant.

9) The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

10) The above-captioned action, shall, upon filing by Plaintiff of the Settlement Agreement, Stipulation for Entry of Judgment and Judgment Pursuant to Stipulation, and requesting entry of judgment against Defendant, be reopened should Defendant default under the terms of the Settlement Agreement.

/ / /

/ / /

/ / /

11)    This Court shall retain jurisdiction over Defendant for the purpose of making further orders necessary or proper for the construction or modification of this consent decree and judgment; the enforcement hereof; the punishment of any violations hereof; and for the possible entry of a further Judgment Pursuant to Stipulation in this action.

DATED:     April 3, 2013

_____

Hon. Christina A. Snyder
United States District Judge

PRESENTED BY:
J. Andrew Coombs, A Prof. Corp.

By: _____
        J. Andrew Coombs
        Annie S. Wang
Attorneys for Plaintiff Warner Bros. Home
Entertainment Inc.

Daniel Dias, an individual and
d/b/a as Amazon.com Seller 3D-EX

By: _____
        Daniel Dias
Defendant, *in pro se*

1

## EXHIBIT A

2

## COPYRIGHT REGISTRATIONS

| Registration No. | TITLE | Copyright Claimant |
|---|---|---|
| PA 1-065-861 | BAND OF BROTHERS: Currahee | Home Box Office, Inc. ("HBO") |
| PA 1-065-857 | BAND OF BROTHERS: Day Of Days | HBO |
| PA 1-065-856 | BAND OF BROTHERS: Carentan | HBO |
| PA 1-065-860 | BAND OF BROTHERS: Replacements | HBO |
| PA 1-065-854 | BAND OF BROTHERS: Crossroads | HBO |
| PA 1-065-859 | BAND OF BROTHERS: Bastogne | HBO |
| PA 1-057-373 | BAND OF BROTHERS: The Breaking Point | HBO |
| PA 1-057-372 | BAND OF BROTHERS: The Last Patrol | HBO |
| PA 1-057-371 | BAND OF BROTHERS: Why We Fight | HBO |
| PA 1-065-863 | BAND OF BROTHERS: Points | HBO |
| PA 1-679-184 | THE PACIFIC: Part One | HBO |
| PA 1-687-855 | THE PACIFIC: Part Two | HBO |
| PA 1-679-181 | THE PACIFIC: Part Three | HBO |
| PA 1-683-931 | THE PACIFIC: Part Four | HBO |
| PA 1-683-936 | THE PACIFIC: Part Five | HBO |
| PA 1-683-933 | THE PACIFIC: Part Six | HBO |
| PA 1-683-929 | THE PACIFIC: Part Seven | HBO |
| PA 1-685-746 | THE PACIFIC: Part Eight | HBO |

| | | |
|---|---|---|
| PA 1-685-739 | THE PACIFIC: Part Nine | HBO |
| PA 1-685-738 | THE PACIFIC: Part Ten | HBO |
| PA 1-320-979 | BIG LOVE: The Pilot | HBO |
| PA 1-319-374 | BIG LOVE: Viagra Blue | HBO |
| PA 1-319-373 | BIG LOVE: Home Invasion | HBO |
| PA 1-320-982 | BIG LOVE: Eclipse | HBO |
| PA 1-320-983 | BIG LOVE: Affair | HBO |
| PA 1-320-984 | BIG LOVE: Roberta's Funeral | HBO |
| PA 1-320-985 | BIG LOVE: Eviction | HBO |
| PA 1-325-915 | BIG LOVE: Easter | HBO |
| PA 1-320-981 | BIG LOVE: A Barbecue For Betty | HBO |
| PA 1-320-978 | BIG LOVE: The Baptism | HBO |
| PA 1-320-139 | BIG LOVE: Where There's A Will | HBO |
| PA 1-340-778 | BIG LOVE: The Ceremony | HBO |
| PA 1-386-822 | BIG LOVE: Damage Control | HBO |
| PA 1-386-697 | BIG LOVE: The Writing On The Wall | HBO |
| PA 1-589-437 | BIG LOVE: Reunion | HBO |
| PA 1-589-430 | BIG LOVE: Rock And A Hard Place | HBO |
| PA 1-589-429 | BIG LOVE: Vision Thing | HBO |
| PA 1-589-425 | BIG LOVE: Dating Game | HBO |
| PA 1-593-023 | BIG LOVE: Good Guys And Bad Guys | HBO |
| PA 1-593-027 | BIG LOVE: Kingdom Come | HBO |
| PA 1-593-063 | BIG LOVE: Circle The Wagons | HBO |
| PA 1-593-061 | BIG LOVE: The Happiest Girl… | HBO |
| PA 1-593-060 | BIG LOVE: Take Me As I Am | HBO |
| PA 1-593-059 | BIG LOVE: Oh, Pioneers | HBO |
| PA 1-663-632 | BIG LOVE: Block Party | HBO |

| PA 1-636-013 | BIG LOVE: Empire | HBO |
|---|---|---|
| PA 1-636-015 | BIG LOVE: Prom Queen | HBO |
| PA 1-636-014 | BIG LOVE: On Trial | HBO |
| PA 1-636-012 | BIG LOVE: For Better Or For Worse | HBO |
| PA 1-636-016 | BIG LOVE: Come, Ye Saints | HBO |
| PA 1-663-307 | BIG LOVE: Fight Or Flight | HBO |
| PA 1-663-938 | BIG LOVE: Rough Edges | HBO |
| PA 1-661-917 | BIG LOVE: Outer Darkness | HBO |
| PA 1-661-969 | BIG LOVE: Sacrament | HBO |
| PA 1-676-099 | BIG LOVE: Free At Last | HBO |
| PA 1-676-086 | BIG LOVE: The Greater Good | HBO |
| PA 1-676-097 | BIG LOVE: Strange Bedfellows | HBO |
| PA 1-676-087 | BIG LOVE: The Mighty And Strong | HBO |
| PA 1-680-449 | BIG LOVE: Sins Of The Father | HBO |
| PA 1-680-393 | BIG LOVE: Under One Roof | HBO |
| PA 1-680-392 | BIG LOVE: Blood Atonement | HBO |
| PA 1-680-394 | BIG LOVE: Next Ticket Out | HBO |
| PA 1-679-719 | BIG LOVE: End Of Days | HBO |
| PA 1-733-273 | BIG LOVE: Winter | HBO |
| PA 1-729-909 | BIG LOVE: A Seat At The Table | HBO |
| PA 1-729-896 | BIG LOVE: Certain Poor Shepherds | HBO |
| PA 1-732-179 | BIG LOVE: The Oath | HBO |
| PA 1-741-708 | BIG LOVE: The Special Relationship | HBO |
| PA 1-736-212 | BIG LOVE: D.I.V.O.R.C.E | HBO |
| PA 1-741-709 | BIG LOVE: Til Death Do Us Part | HBO |
| PA 1-743-659 | BIG LOVE: The Noose Tightens | HBO |
| PA 1-737-340 | BIG LOVE: Exorcism | HBO |

| PA 1-396-851 | BIG LOVE: Where Men And Mountains Meet | HBO |
|---|---|---|
| PA 1-396-851 | BIG LOVE: Where Men And Mountains Meet | HBO |
| PA 1-709-262 | BOARDWALK EMPIRE: Boardwalk Empire | HBO |
| PA 1-709-258 | BOARDWALK EMPIRE: The Ivory Tower | HBO |
| PA 1-709-256 | BOARDWALK EMPIRE: Broadway Limited | HBO |
| PA 1-709-260 | BOARDWALK EMPIRE: Anastasia | HBO |
| PA 1-709-265 | BOARDWALK EMPIRE: Nights In Ballygran | HBO |
| PA 1-716-941 | BOARDWALK EMPIRE: Family Limitation | HBO |
| PA 1-716-942 | BOARDWALK EMPIRE: Home | HBO |
| PA 1-716-946 | BOARDWALK EMPIRE: Hold Me In Paradise | HBO |
| PA 1-719-464 | BOARDWALK EMPIRE: Belle Femme | HBO |
| PA 1-719-463 | BOARDWALK EMPIRE: The Emerald City | HBO |
| PA 1-719-466 | BOARDWALK EMPIRE: Paris Green | HBO |
| PA 1-721-376 | BOARDWALK EMPIRE: A Return To Normalcy | HBO |
| PA 1-800-456 | CHUCK: Chuck Versus The Anniversary | Warner Bros. Entertainment Inc. ("WBEI") |
| PA 1-800-450 | CHUCK: Chuck Versus The Cliffhanger | WBEI |

| PA 1-800-005 | CHUCK: Chuck Versus The Zoom | WBEI |
|---|---|---|
| PA 1-800-007 | CHUCK: Chuck Versus The Goodbye | WBEI |
| PA 1-744-136 | CURB YOUR ENTHUSIASM: The Divorce | HBO |
| PA 1-746-580 | CURB YOUR ENTHUSIASM: The Safe House | HBO |
| PA 1-739-186 | CURB YOUR ENTHUSIASM: Palestinian Chicken | HBO |
| PA 1-740-510 | CURB YOUR ENTHUSIASM: The Smiley Face | HBO |
| PA 1-740-509 | CURB YOUR ENTHUSIASM: Vow of Silience | HBO |
| PA 1-740-508 | CURB YOUR ENTHUSIASM: The Hero | HBO |
| PA 1-746-589 | CURB YOUR ENTHUSIASM: The Bi-Sexual | HBO |
| PA 1-744-140 | CURB YOUR ENTHUSIASM: Car Periscope | HBO |
| PA 1-748-790 | CURB YOUR ENTHUSIASM: Mister Softee | HBO |
| PA 1-675-545 | CURB YOUR ENTHUSIASM: Seinfeld | HBO |
| PA 1-747-827 | CURB YOUR ENTHUSIASM: Larry vs. Michael J. Fox | HBO |
| PA 1-666-629 | ENTOURAGE: Drive | HBO |
| PA 1-666-634 | ENTOURAGE: Amongst Friends | HBO |
| PA 1-666-631 | ENTOURAGE: One Car, Two Car, Red Car, Blue Car | HBO |
| PA 1-666-613 | ENTOURAGE: Runnin' On E | HBO |
| PA 1-666-625 | ENTOURAGE: Fore! | HBO |
| PA 1-666-618 | ENTOURAGE: Murphy's Lie | HBO |

| PA 1-666-620 | ENTOURAGE: No More Drama | HBO |
|---|---|---|
| PA 1-666-622 | ENTOURAGE: The Sorkin Notes | HBO |
| PA 1-666-616 | ENTOURAGE: Security Brief's | HBO |
| PA 1-666-626 | ENTOURAGE: Berried Alive | HBO |
| PA 1-666-682 | ENTOURAGE: Scared Straight | HBO |
| PA 1-667-568 | ENTOURAGE: Give A Little Bit | HBO |
| PA 1-799-978 | FRINGE: Olivia | WBEI |
| PA 1-799-994 | FRINGE: The Box | WBEI |
| PA 1-799-991 | FRINGE: The Plateau | WBEI |
| PA 1-799-973 | FRINGE: Do Shapeshifters Dream of Electric Sheep? | WBEI |
| PA 1-800-068 | FRINGE: Amber 31422 | WBEI |
| PA 1-799-971 | FRINGE: 6955 KHZ | WBEI |
| PA 1-800-066 | FRINGE: The Abducted | WBEI |
| PA 1-799-984 | FRINGE: Entrada | WBEI |
| PA 1-800-071 | FRINGE: Marionette | WBEI |
| PA 1-800-082 | FRINGE: The Firefly | WBEI |
| PA 1-799-860 | FRINGE: Reciprocity | WBEI |
| PA 1-799-843 | FRINGE: Concentrate And Ask Again | WBEI |
| PA 1-799-846 | FRINGE: Immortality | WBEI |
| PA 1-799-854 | FRINGE: 6B | WBEI |
| PA 1-799-856 | FRINGE: Subject 13 | WBEI |
| PA 1-799-853 | FRINGE: OS | WBEI |
| PA 1-799-980 | FRINGE: Stowaway | WBEI |
| PA 1-799-975 | FRINGE: Bloodline | WBEI |
| PA 1-800-064 | FRINGE: Lysergic Acid Diethylamide | WBEI |
| PA 1-800-072 | FRINGE: 6:02 AM EST | WBEI |
| PA 1-799-987 | FRINGE: The Last Sam Weiss | WBEI |

| PA 1-800-069 | FRINGE: The Day We Died | WBEI |
|---|---|---|
| PA 1-736-232 | GAME OF THRONES: Winter Is Coming | HBO |
| PA 1-736-234 | GAME OF THRONES: The Kingsroad | HBO |
| PA 1-737-694 | GAME OF THRONES: Lord Snow | HBO |
| PA 1-737-699 | GAME OF THRONES: Cripples, Bastards And Broken Things | HBO |
| PA 1-737-696 | GAME OF THRONES: The Wolf And The Lion | HBO |
| PA 1-737-695 | GAME OF THRONES: A Golden Crown | HBO |
| PA 1-750-434 | GAME OF THRONES: You Win Or You Die | HBO |
| PA 1-738-431 | GAME OF THRONES: The Pointy End | HBO |
| PA 1-739-318 | GAME OF THRONES: Baelor | HBO |
| PA 1-740-116 | GAME OF THRONES: Fire And Blood | HBO |
| PA 1-063-646 | HARRY POTTER AND THE SORCERER'S STONE | WBEI |
| PA 1-105-748 | HARRY POTTER AND THE CHAMBER OF SECRETS | Miracle Productions GmbH & Co. KG |
| PA 1-222-542 | HARRY POTTER AND THE PRISONER OF AZKABAN | P of A Productions Limited |
| PA 1-279-121 | HARRY POTTER AND THE GOBLET OF FIRE | Patalex IV Productions Limited |

| PA 1-355-547 | HARRY POTTER AND THE ORDER OF THE PHOENIX | WBEI |
|---|---|---|
| PA 1-647-906 | HARRY POTTER AND THE HALF-BLOOD PRINCE | WBEI |
| PA 1-721-904 | HARRY POTTER AND THE DEATHLY HALLOWS PART 1 | WBEI |
| PA 1-742-099 | HARRY POTTER AND THE DEATHLY HALLOWS PART 2 | WBEI |
| PA 1-709-033 | HUNG: Just The Tip | HBO |
| PA 1-709-034 | HUNG: Tucson Is The Gateway To Dick Or This Is Not Sexy | HBO |
| PA 1-709-030 | HUNG: Mind Bullets Or Bang Bang Bang Motherfucker | HBO |
| PA 1-699-183 | HUNG: Sing It Again, Ray Or Home Plate | HBO |
| PA 1-699-187 | HUNG: A Man, A Plan Or Thank You, Jimmy Carter | HBO |
| PA 1-699-180 | HUNG: Beaverland | HBO |
| PA 1-706-298 | HUNG: The Middle East Is Complicated | HBO |
| PA 1-706-294 | HUNG: Third Base Or That Rash | HBO |
| PA 1-706-293 | HUNG: Fat Off My Love Or I'm The Allergen | HBO |
| PA 1-709-045 | HUNG: Even Steven Or Luckiest Kid In Detroit | HBO |
| PA 1-669-962 | IN TREATMENT: Mia: Week One | HBO |
| PA 1-669-666 | IN TREATMENT: April: Week One | HBO |
| PA 1-669-702 | IN TREATMENT: Oliver: Week One | HBO |

| PA 1-669-672 | IN TREATMENT: Walter: Week One | HBO |
|---|---|---|
| PA 1-669-696 | IN TREATMENT: Gina: Week One | HBO |
| PA 1-669-707 | IN TREATMENT: Mia: Week Two | HBO |
| PA 1-669-677 | IN TREATMENT: April: Week Two | HBO |
| PA 1-669-698 | IN TREATMENT: Oliver: Week Two | HBO |
| PA 1-669-691 | IN TREATMENT: Walter: Week Two | HBO |
| PA 1-669-686 | IN TREATMENT: Gina: Week Two | HBO |
| PA 1-666-757 | IN TREATMENT: Mia: Week Three | HBO |
| PA 1-664-955 | IN TREATMENT: April: Week Three | HBO |
| PA 1-666-714 | IN TREATMENT: Oliver: Week Three | HBO |
| PA 1-783-995 | IN TREATMENT: Walter: Week Three | HBO |
| PA 1-664-947 | IN TREATMENT: Gina: Week Three | HBO |
| PA 1-784-001 | IN TREATMENT: Mia: Week Four | HBO |
| PA 1-664-446 | IN TREATMENT: April: Week Four | HBO |
| PA 1-783-961 | IN TREATMENT: Oliver: Week Four | HBO |
| PA 1-675-854 | IN TREATMENT: Walter: Week Four | HBO |
| PA 1-783-979 | IN TREATMENT: Gina: Week Four | HBO |

| | | |
|---|---|---|
| PA 1-783-972 | IN TREATMENT: Mia: Week Five | HBO |
| PA 1-783-974 | IN TREATMENT: April: Week Five | HBO |
| PA 1-783-975 | IN TREATMENT: Oliver: Week Five | HBO |
| PA 1-666-738 | IN TREATMENT: Walter: Week Five | HBO |
| PA 1-666-758 | IN TREATMENT: Gina: Week Five | HBO |
| PA 1-667-445 | IN TREATMENT: Mia: Week Six | HBO |
| PA 1-667-436 | IN TREATMENT: April: Week Six | HBO |
| PA 1-667-438 | IN TREATMENT: Oliver: Week Six | HBO |
| PA 1-667-443 | IN TREATMENT: Walter: Week Six | HBO |
| PA 1-667-432 | IN TREATMENT: Gina: Week Six | HBO |
| PA 1-664-914 | IN TREATMENT: Mia: Week Seven | HBO |
| PA 1-664-922 | IN TREATMENT: April: Week Seven | HBO |
| PA 1-664-907 | IN TREATMENT: Oliver: Week Seven | HBO |
| PA 1-664-909 | IN TREATMENT: Walter: Week Seven | HBO |
| PA 1-664-904 | IN TREATMENT: Gina: Week Seven | HBO |
| PA-1-715-767 | IN TREATMENT: Sunil: Week One | HBO |
| PA-1-715-761 | IN TREATMENT: Frances: Week One | HBO |

| | | |
|---|---|---|
| PA-1-715-759 | IN TREATMENT: Jesse: Week One | HBO |
| PA-1-715-760 | IN TREATMENT: Adele: Week One | HBO |
| PA 1-715-057 | IN TREATMENT: Sunil: Week Two | HBO |
| PA 1-715-051 | IN TREATMENT: Frances: Week Two | HBO |
| PA 1-715-056 | IN TREATMENT: Jesse: Week Two | HBO |
| PA 1-715-045 | IN TREATMENT: Adele: Week Two | HBO |
| PA 1-718-839 | IN TREATMENT: Sunil: Week Three | HBO |
| PA 1-718-838 | IN TREATMENT: Frances: Week Three | HBO |
| PA 1-718-847 | IN TREATMENT: Jesse: Week Three | HBO |
| PA 1-718-845 | IN TREATMENT: Adele: Week Three | HBO |
| PA 1-718-841 | IN TREATMENT: Sunil: Week Four | HBO |
| PA 1-719-472 | IN TREATMENT: Frances: Week Four | HBO |
| PA 1-719-471 | IN TREATMENT: Jesse: Week Four | HBO |
| PA 1-719-474 | IN TREATMENT: Adele: Week Four | HBO |
| PA 1-719-468 | IN TREATMENT: Sunil: Week Five | HBO |
| PA 1-719-470 | IN TREATMENT: Frances: Week Five | HBO |
| PA 1-719-469 | IN TREATMENT: Jesse: Week Five | HBO |

| PA 1-805-663 | IN TREATMENT: Adele: Week Five | HBO |
|---|---|---|
| PA 1-719-724 | IN TREATMENT: Sunil: Week Six | HBO |
| PA 1-719-725 | IN TREATMENT: Frances: Week Six | HBO |
| PA 1-719-847 | IN TREATMENT: Jesse: Week Six | HBO |
| PA 1-719-723 | IN TREATMENT: Adele: Week Six | HBO |
| PA 1-721-379 | IN TREATMENT: Sunil: Week Seven | HBO |
| PA 1-721-381 | IN TREATMENT: Frances: Week Seven | HBO |
| PA 1-721-380 | IN TREATMENT: Jesse: Week Seven | HBO |
| PA 1-721-382 | IN TREATMENT: Adele: Week Seven | HBO |
| PA 1-117-260 | JUSTICE LEAGUE: Secret Origins: Parts I, II and III | WBEI |
| PA 1-117-258 | JUSTICE LEAGUE: In Blackest Night | WBEI |
| PA 1-119-624 | JUSTICE LEAGUE: In Blackest Night: Part II | WBEI |
| PA 1-117-266 | JUSTICE LEAGUE: The Enemy Below | WBEI |
| PA 1-117-257 | JUSTICE LEAGUE: The Enemy Below: Part II | WBEI |
| PA 1-117-267 | JUSTICE LEAGUE: Paradise Lost | WBEI |
| PA 1-119-626 | JUSTICE LEAGUE: Paradise Lost: Part II | WBEI |
| PA 1-119-628 | JUSTICE LEAGUE: War World | WBEI |

| PA 1-119-629 | JUSTICE LEAGUE: War World: Part II | WBEI |
|---|---|---|
| PA 1-119-623 | JUSTICE LEAGUE: The Brave and the Bold | WBEI |
| PA 1-117-265 | JUSTICE LEAGUE: The Brave and the Bold: Part II | WBEI |
| PA 1-117-263 | JUSTICE LEAGUE:  Fury | WBEI |
| PA 1-119-620 | JUSTICE LEAGUE:  Fury: Part II | WBEI |
| PA 1-117-256 | JUSTICE LEAGUE: Legends | WBEI |
| PA 1-119-622 | JUSTICE LEAGUE: Legends: Part II | WBEI |
| PA 1-117-264 | JUSTICE LEAGUE: Injustice for All | WBEI |
| PA 1-117-259 | JUSTICE LEAGUE: Injustice for All: Part II | WBEI |
| PA 1-119-619 | JUSTICE LEAGUE: A Knight of Shadows | WBEI |
| PA 1-117-255 | JUSTICE LEAGUE: A Knight of Shadows: Part II | WBEI |
| PA 1-119-627 | JUSTICE LEAGUE: Metamorphosis | WBEI |
| PA 1-117-262 | JUSTICE LEAGUE: Metamorphosis: Part II | WBEI |
| PA 1-117-261 | JUSTICE LEAGUE: The Savage Time: Parts I, II and III | WBEI |
| PA 1-242-809 | JUSTICE LEAGUE: Twilight | WBEI |
| PA 1-242-804 | JUSTICE LEAGUE: Twilight: Part II | WBEI |
| PA 1-242-807 | JUSTICE LEAGUE: Tabula Rasa | WBEI |
| PA 1-242-810 | JUSTICE LEAGUE: Tabula Rasa: Part II | WBEI |
| PA 1-242-801 | JUSTICE LEAGUE: Only a Dream | WBEI |

| PA 1-242-800 | JUSTICE LEAGUE: Only a Dream: Part II | WBEI |
|---|---|---|
| PA 1-242-812 | JUSTICE LEAGUE: Maid of Honor | WBEI |
| PA 1-242-790 | JUSTICE LEAGUE: Maid of Honor: Part II | WBEI |
| PA 1-242-791 | JUSTICE LEAGUE: Hearts and Minds | WBEI |
| PA 1-242-792 | JUSTICE LEAGUE: Hearts and Minds: Part II | WBEI |
| PA 1-242-813 | JUSTICE LEAGUE: A Better World | WBEI |
| PA 1-242-789 | JUSTICE LEAGUE: A Better World: Part II | WBEI |
| PA 1-242-796 | JUSTICE LEAGUE: Eclipsed | WBEI |
| PA 1-242-811 | JUSTICE LEAGUE: Eclipsed: Part II | WBEI |
| PA 1-242-795 | JUSTICE LEAGUE: The Terror Beyond | WBEI |
| PA 1-242-797 | JUSTICE LEAGUE: The Terror Beyond: Part II | WBEI |
| PA 1-242-814 | JUSTICE LEAGUE: Secret Society | WBEI |
| PA 1-242-798 | JUSTICE LEAGUE: Secret Society: Part II | WBEI |
| PA 1-242-799 | JUSTICE LEAGUE: Hereafter | WBEI |
| PA 1-242-793 | JUSTICE LEAGUE: Hereafter: Part II | WBEI |
| PA 1-242-802 | JUSTICE LEAGUE: Wild Cards | WBEI |
| PA 1-242-803 | JUSTICE LEAGUE: Wild Cards: Part II | WBEI |
| PA 1-242-794 | JUSTICE LEAGUE: Comfort and Joy | WBEI |

| | | |
|---|---|---|
| PA 1-242-806 | JUSTICE LEAGUE: Starcrossed | WBEI |
| PA 1-242-808 | JUSTICE LEAGUE: Starcrossed: Part II | WBEI |
| PA 1-242-805 | JUSTICE LEAGUE: Starcrossed: Part III | WBEI |
| PA 1-695-864 | JUSTICE LEAGUE: Initiation | WBEI |
| PA 1-695-822 | JUSTICE LEAGUE: For the Man Who Has Everything | WBEI |
| PA 1-695-810 | JUSTICE LEAGUE: Kid Stuff | WBEI |
| PA 1-696-087 | JUSTICE LEAGUE: Hawk and Dove | WBEI |
| PA 1-695-825 | JUSTICE LEAGUE: This Little Piggy | WBEI |
| PA 1-696-145 | JUSTICE LEAGUE: Fearful Symmetry | WBEI |
| PA 1-695-806 | JUSTICE LEAGUE: The Greatest Story Never Told | WBEI |
| PA 1-695-817 | JUSTICE LEAGUE: The Return | WBEI |
| PA 1-696-137 | JUSTICE LEAGUE: Ultimatum | WBEI |
| PA 1-695-833 | JUSTICE LEAGUE: Dark Heart | WBEI |
| PA 1-695-869 | JUSTICE LEAGUE: Wake the Dead | WBEI |
| PA 1-695-874 | JUSTICE LEAGUE: The Once and Future Thing: Part One: Weird Western Tales | WBEI |
| PA 1-695-841 | JUSTICE LEAGUE: The Once and Future Thing: Part Two: Time, Warped | WBEI |
| PA 1-696-133 | JUSTICE LEAGUE: The Cat and Canary | WBEI |

| PA 1-696-085 | JUSTICE LEAGUE: The Ties that Bind | WBEI |
|---|---|---|
| PA 1-696-128 | JUSTICE LEAGUE: The Doomsday Sanction | WBEI |
| PA 1-695-913 | JUSTICE LEAGUE: Task Force X | WBEI |
| PA 1-696-094 | JUSTICE LEAGUE: The Balance | WBEI |
| PA 1-695-918 | JUSTICE LEAGUE: Double Date | WBEI |
| PA 1-696-120 | JUSTICE LEAGUE: Clash | WBEI |
| PA 1-695-935 | JUSTICE LEAGUE: Hunter's Moon | WBEI |
| PA 1-696-123 | JUSTICE LEAGUE: Question Authority | WBEI |
| PA 1-695-876 | JUSTICE LEAGUE: Flashpoint | WBEI |
| PA 1-695-884 | JUSTICE LEAGUE: Panic in the Sky | WBEI |
| PA 1-695-888 | JUSTICE LEAGUE: Divided We Fall | WBEI |
| PA 1-695-909 | JUSTICE LEAGUE: Epilogue | WBEI |
| PA 1-798-781 | ONE TREE HILL: Know This, We've Noticed | WBEI |
| PA 1-798-785 | ONE TREE HILL: In The Room Where You Sleep | WBEI |
| PA 1-799-110 | ONE TREE HILL: Love The Way You Lie | WBEI |
| PA 1-798-806 | ONE TREE HILL: Don't You Want To Share The Guilt? | WBEI |
| PA 1-798-814 | ONE TREE HILL: The Killing Moon | WBEI |
| PA 1-798-826 | ONE TREE HILL: Catastrophe And The Cure | WBEI |
| PA 1-798-827 | ONE TREE HILL: Last Known Surroundings | WBEI |

| | | |
|---|---|---|
| PA 1-798-828 | ONE TREE HILL: A Rush Of Blood To The Head | WBEI |
| PA 1-798-830 | ONE TREE HILL: Every Breath Is A Bomb | WBEI |
| PA 1-798-831 | ONE TREE HILL: Hardcore Will Never Die, But You Will | WBEI |
| PA 1-798-833 | ONE TREE HILL: Danny Boy | WBEI |
| PA 1-798-842 | ONE TREE HILL: Anyone Who Had A Heart | WBEI |
| PA 1-798-847 | ONE TREE HILL: One Tree Hill | WBEI |
| PA 1-744-418 | PRETTY LITTLE LIARS (SERIES): Pilot | WBEI |
| PA 1-744-449 | PRETTY LITTLE LIARS (SERIES): The Jenna Thing | WBEI |
| PA 1-744-566 | PRETTY LITTLE LIARS (SERIES): To Kill A Mocking Girl | WBEI |
| PA 1-744-450 | PRETTY LITTLE LIARS (SERIES): Can You Hear Me Now? | WBEI |
| PA 1-744-429 | PRETTY LITTLE LIARS (SERIES): Reality Bites Me | WBEI |
| PA 1-749-524 | PRETTY LITTLE LIARS (SERIES): There's No Place Like Homecoming | WBEI |
| PA 1-749-525 | PRETTY LITTLE LIARS (SERIES): The Homecoming Hangover | WBEI |
| PA 1-744-454 | PRETTY LITTLE LIARS (SERIES): Please, Do Talk Above Me When I'm Gone | WBEI |
| PA 1-749-549 | PRETTY LITTLE LIARS (SERIES): The Perfect Storm | WBEI |

| PA 1-744-404 | PRETTY LITTLE LIARS (SERIES): Keep Your Friends Close | WBEI |
|---|---|---|
| PA 1-794-685 | PRETTY LITTLE LIARS (SERIES): It's Alive | WBEI |
| PA 1-794-687 | PRETTY LITTLE LIARS (SERIES): The Goodbye Look | WBEI |
| PA 1-794-816 | PRETTY LITTLE LIARS (SERIES): My Name Is Trouble | WBEI |
| PA 1-794-688 | PRETTY LITTLE LIARS (SERIES): Blind Dates | WBEI |
| PA 1-794-823 | PRETTY LITTLE LIARS (SERIES): The Devil You Know | WBEI |
| PA 1-794-778 | PRETTY LITTLE LIARS (SERIES): Never Letting Go | WBEI |
| PA 1-794-827 | PRETTY LITTLE LIARS (SERIES): Surface Tension | WBEI |
| PA 1-794-765 | PRETTY LITTLE LIARS (SERIES): Save The Date | WBEI |
| PA 1-794-790 | PRETTY LITTLE LIARS (SERIES): Picture This | WBEI |
| PA 1-794-831 | PRETTY LITTLE LIARS (SERIES): Touched By An 'A'-Angel | WBEI |
| PA 1-794-686 | PRETTY LITTLE LIARS (SERIES): I Must Confess | WBEI |
| PA 1-794-756 | PRETTY LITTLE LIARS (SERIES): Over My Dead Body | WBEI |
| PA 1-794-834 | PRETTY LITTLE LIARS (SERIES): The First Secret | WBEI |

| | | |
|---|---|---|
| PA 1-794-837 | PRETTY LITTLE LIARS (SERIES): Through Many Dangers, Toils and Snares | WBEI |
| PA 1-794-838 | PRETTY LITTLE LIARS (SERIES): A Hot Piece of "A" | WBEI |
| PA 1-794-839 | PRETTY LITTLE LIARS (SERIES): Let The Water Hold Me Down | WBEI |
| PA 1-794-844 | PRETTY LITTLE LIARS (SERIES): The Blonde Leading The Blind | WBEI |
| PA 1-794-848 | PRETTY LITTLE LIARS (SERIES): A Kiss Before Lying | WBEI |
| PA 1-794-689 | PRETTY LITTLE LIARS (SERIES): The Naked Truth | WBEI |
| PA 1-794-740 | PRETTY LITTLE LIARS (SERIES): CTRL: A | WBEI |
| PA 1-794-797 | PRETTY LITTLE LIARS (SERIES): Breaking The Code | WBEI |
| PA 1-794-699 | PRETTY LITTLE LIARS (SERIES): Father Knows Best | WBEI |
| PA 1-794-713 | PRETTY LITTLE LIARS (SERIES): The Eye Of The Beholder | WBEI |
| PA 1-794-693 | PRETTY LITTLE LIARS (SERIES): If These Dolls Could Talk | WBEI |
| PA 1-794-758 | PRETTY LITTLE LIARS (SERIES): Unmasked | WBEI |
| PA 1-800-929 | RIZZOLI & ISLES: We Don't Need Another Hero | WBEI |
| PA 1-800-896 | RIZZOLI & ISLES: Living Proof | WBEI |
| PA 1-800-891 | RIZZOLI & ISLES: Don't Hate The Player | WBEI |

| PA 1-800-908 | RIZZOLI & ISLES: Rebel Without A Pause | WBEI |
|---|---|---|
| PA 1-800-922 | RIZZOLI & ISLES: Bloodlines | WBEI |
| PA 1-800-962 | RIZZOLI & ISLES: Brown Eyed Girl | WBEI |
| PA 1-800-887 | RIZZOLI & ISLES: My Own Worst Enemy | WBEI |
| PA 1-800-951 | RIZZOLI & ISLES: Gone Daddy Gone | WBEI |
| PA 1-800-942 | RIZZOLI & ISLES: Remember Me | WBEI |
| PA 1-800-959 | RIZZOLI & ISLES: Can I Get A Witness? | WBEI |
| PA 1-800-950 | RIZZOLI & ISLES: He Ain't Heavy, He's My Brother | WBEI |
| PA 1-800-949 | RIZZOLI & ISLES: Seventeen Ain't So Sweet | WBEI |
| PA 1-800-957 | RIZZOLI & ISLES: Don't Stop Dancing, Girl | WBEI |
| PA 1-800-934 | RIZZOLI & ISLES: Burning Down The House | WBEI |
| PA 1-800-081 | SHAMELESS: Pilot | WBEI |
| PA 1-800-078 | SHAMELESS: Aunt Ginger | WBEI |
| PA 1-800-077 | SHAMELESS: Three Boys | WBEI |
| PA 1-800-083 | SHAMELESS: Father Frank, Full Of Grace | WBEI |
| PA 1-689-445 | STAR WARS: THE CLONE WARS: Ambush | Lucasfilm Ltd. ("LFL") |
| PA 1-689-433 | STAR WARS: THE CLONE WARS: Duel of the Droids | LFL |
| PA 1-689-493 | STAR WARS: THE CLONE WARS: Lair of General Grievous | LFL |

| PA 1-761-235 | STAR WARS: THE CLONE WARS: Dooku Captured | LFL |
|---|---|---|
| PA 1-761-236 | STAR WARS: THE CLONE WARS: The Gungan General | LFL |
| PA 1-726-991 | STAR WARS: THE CLONE WARS: Jedi Crash | LFL |
| PA 1-750-650 | STAR WARS: THE CLONE WARS: Defenders of Peace | LFL |
| PA 1-751-914 | STAR WARS: THE CLONE WARS: Trespass | LFL |
| PA 1-709-339 | STAR WARS: THE CLONE WARS: The Hidden Enemy | LFL |
| PA 1-709-337 | STAR WARS: THE CLONE WARS: Blue Shadow Virus | LFL |
| PA 1-709-336 | STAR WARS: THE CLONE WARS: Mystery of a Thousand Moons | LFL |
| PA 1-709-338 | STAR WARS: THE CLONE WARS: Storm Over Ryloth | LFL |
| PA 1-709-335 | STAR WARS: THE CLONE WARS: Innocents of Ryloth | LFL |
| PA 1-709-586 | STAR WARS: THE CLONE WARS: Liberty on Ryloth | LFL |
| PA 1-709-334 | STAR WARS: THE CLONE WARS: Hostage Crisis | LFL |
| PA 1-689-438 | STAR WARS: THE CLONE WARS: Holocron Heist | LFL |
| PA 1-689-462 | STAR WARS: THE CLONE WARS: Cargo of Doom | LFL |
| PA 1-689-473 | STAR WARS: THE CLONE WARS: Senate Spy | LFL |
| PA 1-689-490 | STAR WARS: THE CLONE WARS: Landing at Point Rain | LFL |
| PA 1-689-505 | STAR WARS: THE CLONE WARS: Legacy of Terror | LFL |

| PA 1-689-472 | STAR WARS: THE CLONE WARS: Brain Invaders | LFL |
|---|---|---|
| PA 1-689-487 | STAR WARS: THE CLONE WARS: Grievous Intrigue | LFL |
| PA 1-689-460 | STAR WARS: THE CLONE WARS: The Mandalore Plot | LFL |
| PA 1-689-492 | STAR WARS: THE CLONE WARS: Voyage of Temptation | LFL |
| PA 1-689-447 | STAR WARS: THE CLONE WARS: Duchess of Mandalore | LFL |
| PA 1-689-437 | STAR WARS: THE CLONE WARS: Senate Murders | LFL |
| PA 1-715-068 | STAR WARS: THE CLONE WARS: Death Trap | LFL |
| PA 1-711-844 | STAR WARS: THE CLONE WARS: Lethal Trackdown | LFL |
| PA 1-744-569 | STAR WARS: THE CLONE WARS: Clone Cadets | LFL |
| PA 1-753-793 | STAR WARS: THE CLONE WARS: Arc Troopers | LFL |
| PA 1-744-572 | STAR WARS: THE CLONE WARS: Supply Lines | LFL |
| PA 1-741-283 | STAR WARS: THE CLONE WARS: Sphere Of Influence | LFL |
| PA 1-741-284 | STAR WARS: THE CLONE WARS: Corruption | LFL |
| PA 1-744-048 | STAR WARS: THE CLONE WARS: The Academy | LFL |
| PA 1-741-280 | STAR WARS: THE CLONE WARS: Assassin | LFL |
| PA 1-775-125 | STAR WARS: THE CLONE WARS: Evil Plans | LFL |
| PA 1-780-441 | STAR WARS: THE CLONE WARS: Hunt For Ziro | LFL |

| PA 1-780-410 | STAR WARS: THE CLONE WARS: Heroes On Both Sides | LFL |
|---|---|---|
| PA 1-780-438 | STAR WARS: THE CLONE WARS: Pursuit Of Peace | LFL |
| PA 1-780-057 | STAR WARS: THE CLONE WARS: Nightsisters | LFL |
| PA 1-621-681 | THE CLOSER: Pilot | WBEI |
| PA 1-621-680 | THE CLOSER: About Face | WBEI |
| PA 1-621-678 | THE CLOSER: The Big Picture | WBEI |
| PA 1-621-684 | THE CLOSER: Show Yourself | WBEI |
| PA 1-621-683 | THE CLOSER: Flashpoint | WBEI |
| PA 1-621-682 | THE CLOSER: Fantasy Date | WBEI |
| PA 1-621-690 | THE CLOSER: You Are Here | WBEI |
| PA 1-621-689 | THE CLOSER: Batter Up | WBEI |
| PA 1-621-688 | THE CLOSER: Good Housekeeping | WBEI |
| PA 1-621-687 | THE CLOSER: The Butler Did It | WBEI |
| PA 1-621-686 | THE CLOSER: LA Woman | WBEI |
| PA 1-621-710 | THE CLOSER: Fatal Retraction | WBEI |
| PA 1-621-677 | THE CLOSER: Standards And Practices | WBEI |
| PA 1-621-700 | THE CLOSER: Blue Blood | WBEI |
| PA 1-621-706 | THE CLOSER: Mom Duty | WBEI |
| PA 1-621-698 | THE CLOSER: Slippin' | WBEI |
| PA 1-621-713 | THE CLOSER: Aftertaste | WBEI |
| PA 1-621-721 | THE CLOSER: To Protect And Serve | WBEI |
| PA 1-621-692 | THE CLOSER: Out Of Focus | WBEI |
| PA 1-621-697 | THE CLOSER: Head Over Heels | WBEI |
| PA 1-621-703 | THE CLOSER: Critical Missing | WBEI |

| PA 1-621-712 | THE CLOSER: Heroic Measures | WBEI |
|---|---|---|
| PA 1-621-716 | THE CLOSER: The Other Woman | WBEI |
| PA 1-621-704 | THE CLOSER: Borderline | WBEI |
| PA 1-621-709 | THE CLOSER: No Good Deed | WBEI |
| PA 1-621-711 | THE CLOSER: Overkill | WBEI |
| PA 1-621-720 | THE CLOSER: Serving The King Part 1 | WBEI |
| PA 1-621-718 | THE CLOSER: Serving The King Part 2 | WBEI |
| PA 1-731-485 | THE CLOSER: Homewrecker | WBEI |
| PA 1-733-973 | THE CLOSER: Grave Doubts | WBEI |
| PA 1-735-110 | THE CLOSER: Saving Face | WBEI |
| PA 1-735-112 | THE CLOSER: Ruby | WBEI |
| PA 1-735-113 | THE CLOSER: The Round File | WBEI |
| PA 1-735-124 | THE CLOSER: Dumb Luck | WBEI |
| PA 1-735-126 | THE CLOSER: Four To Eight | WBEI |
| PA 1-733-974 | THE CLOSER: Manhunt | WBEI |
| PA 1-735-127 | THE CLOSER: Blindsided | WBEI |
| PA 1-733-975 | THE CLOSER: Culture Shock | WBEI |
| PA 1-735-128 | THE CLOSER: Lover's Leap | WBEI |
| PA 1-733-976 | THE CLOSER: Til Death Do Us Part One | WBEI |
| PA 1-733-979 | THE CLOSER: Til Death Do Us Part Two | WBEI |
| PA 1-735-129 | THE CLOSER: Next Of Kin Part One | WBEI |
| PA 1-733-980 | THE CLOSER: Next Of Kin Part Two | WBEI |
| PA 1-686-939 | THE CLOSER: Controlled Burn | WBEI |
| PA 1-686-931 | THE CLOSER: Speed Bump | WBEI |

| PA 1-686-934 | THE CLOSER: Cherry Bomb | WBEI |
|---|---|---|
| PA 1-686-987 | THE CLOSER: Live Wire | WBEI |
| PA 1-686-978 | THE CLOSER: Dial 'M' For Provenza | WBEI |
| PA 1-686-986 | THE CLOSER: Split Ends | WBEI |
| PA 1-689-098 | THE CLOSER: Tijuana Brass | WBEI |
| PA 1-686-941 | THE CLOSER: Time Bomb | WBEI |
| PA 1-686-985 | THE CLOSER: Good Faith | WBEI |
| PA 1-686-984 | THE CLOSER: Junk In The Trunk | WBEI |
| PA 1-686-982 | THE CLOSER: Power Of Attorney | WBEI |
| PA 1-686-978 | THE CLOSER: Fate Line | WBEI |
| PA 1-686-943 | THE CLOSER: Double Blind | WBEI |
| PA 1-686-688 | TREME: Do You Know What It Means? | HBO |
| PA 1-686-691 | TREME: Meet De Boys On The Battlefront | HBO |
| PA 1-686-694 | TREME: Right Place, Wrong Time | HBO |
| PA 1-686-695 | TREME: At The Foot of Canal Street | HBO |
| PA 1-687-984 | TREME: Shame, Shame, Shame | HBO |
| PA 1-687-982 | TREME: Shallow Water, Oh Mama | HBO |
| PA 1-687-980 | TREME: Smoke My Piece Pipe | HBO |
| PA 1-697-073 | TREME: All On A Mardi Gras Day | HBO |
| PA 1-697-072 | TREME: Wish Someone Would Care | HBO |
| PA 1-783-912 | TREME: I'll Fly Away | HBO |
| PA 1-743-069 | TREME: Accentuate The Positive | HBO |

| | | |
|---|---|---|
| PA 1-739-172 | TREME: Everything I Do Gonh Be Funky | HBO |
| PA 1-750-437 | TREME: On Your Way Down | HBO |
| PA 1-746-591 | TREME: Santa Claus, Do You Ever Get The Blues? | HBO |
| PA 1-746-579 | TREME: Slip Away | HBO |
| PA 1-746-582 | TREME: Feels Like Rain | HBO |
| PA 1-746-583 | TREME: Carnival Time | HBO |
| PA 1-756-008 | TREME: Can I Change My Mind | HBO |
| PA 1-748-878 | TREME: What Is New Orleans? | HBO |
| PA 1-748-782 | TREME: That's What Lovers Do? | HBO |
| PA 1-748-781 | TREME: Do Whatcha Wanna | HBO |
| PA 1-688-635 | TRUE BLOOD: Bad Blood | HBO |
| PA 1-693-287 | TRUE BLOOD: Beautifully Broken | HBO |
| PA 1-697-033 | TRUE BLOOD: It Hurts Me Too | HBO |
| PA 1-697-287 | TRUE BLOOD: 9 Crimes | HBO |
| PA 1-704-298 | TRUE BLOOD: Trouble | HBO |
| PA 1-699-189 | TRUE BLOOD: I Got a Right to Sing the Blues | HBO |
| PA 1-699-150 | TRUE BLOOD: Hitting the Ground | HBO |
| PA 1-716-112 | TRUE BLOOD: Night on the Sun | HBO |
| PA 1-716-111 | TRUE BLOOD:: Everything is Broken | HBO |
| PA 1-716-116 | TRUE BLOOD: I Smell a Rat | HBO |
| PA 1-716-110 | TRUE BLOOD: Fresh Blood | HBO |
| PA 1-716-114 | TRUE BLOOD: Evil is Going On | HBO |

| PA 1-747-825 | TRUE BLOOD:: She's Not There | HBO |
|---|---|---|
| PA 1-747-826 | TRUE BLOOD: You Smell Like Dinner | HBO |
| PA 1-748-869 | TRUE BLOOD: If You Love Me, Why Am I Dyin? | HBO |
| PA 1-795-196 | TRUE BLOOD: I'm Alive And On Fire | HBO |
| PA 1-795-199 | TRUE BLOOD: ME And The Devil | HBO |
| PA 1-751-681 | TRUE BLOOD: I Wish I Was The Moon | HBO |
| PA 1-756-282 | TRUE BLOOD: Cold Grey Light Of Dawn | HBO |
| PA 1-756-538 | TRUE BLOOD: Spellbound | HBO |
| PA 1-756-541 | TRUE BLOOD: Let's Get Out Of Here | HBO |
| PA 1-756-540 | TRUE BLOOD:: Burning Down The House | HBO |
| PA 1-765-849 | TRUE BLOOD: Soul Of Fire | HBO |
| PA 1-765-827 | TRUE BLOOD: And When I Die | HBO |